JENNIFER HENDRICKSON
pleadings@hendricksonlegal.com
HENDRICKSON LEGAL SERVICES
703 Second Street, Fourth Floor
Santa Rosa, CA  95404
Tel.     (707) 284-3808
Fax.    (707) 313-0161

Attorneys for Plaintiff
JOELLE KURRUS

THEODORE E. BACON (CA Bar No. 115395)
tbacon@adorno.com
SCOTT J. STILMAN (CA Bar No. 120239)
sstilman@adorno.com
MIKEL A. GLAVINOVICH (CA Bar No. 186590)
mglavinovich@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
633 W. Fifth Street, Suite 1100
Los Angeles, CA 90071
Tel.     (213) 229-2400
Fax.    (213) 229-2499

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., AS AN ACQUIRER OF
CERTAIN ASSETS AND LIABILITIES OF WASHINGTON
MUTUAL BANK FROM THE FEDERAL DEPOSIT
INSURANCE CORPORATION ACTING AS RECEIVER

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| Joelle Kurrus, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JP Morgan Chase Bank, National Association; and DOES 1-25, inclusive,<br><br>　　　　　Defendants. | Case No. C09-5521 SI<br>ASSIGNED:  Hon. Susan Illston<br><br>**JOINT REQUEST TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE SET FOR JUNE 18, 2010**<br><br>Action Filed: October 22, 2009<br>[Sonoma County Case SCV246120]<br>**Removed:**　　　　November 20, 2009 |

　　　　This matter was scheduled for mediation on May 20, 2010, but the mediation had to be postponed due to an emergency experienced by the mediator.  The parties are seeking to have the

1  matter mediated on June 24, 2010, but this date has not yet been confirmed.  Thus, the parties jointly
2  request that the further Case Management Conference presently scheduled for June 18, 2010, be
3  continued to a later date in order to allow the parties to complete the mediation.

                                             Respectfully submitted,

Dated: June 9, 2010                          HENDRICKSON LEGAL SERVICES


                                              /s/ Jennifer Hendrickson
                                             Jennifer Hendrickson
                                             Attorneys for Plaintiff Joelle Kurrus
                                               *[On June 7, 2010, the above signatory*
                                               *agreed through electronic correspondence,*
                                               *to the filing of this joint document.]*

Dated: June 9, 2010                          ADORNO YOSS ALVARADO & SMITH


                                              /s/ Mikel A. Glavinovich
                                             Mikel A. Glavinovich
                                             Attorneys for Defendant JPMorgan Chase, N.A., an
                                             acquirer of certain assets and liabilities of
                                             Washington Mutual Bank from the FDIC acting as
                                             receiver

**IT IS SO ORDERED**
*Judge Susan Illston*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The case management conference has been continued to Friday, July 30, 2010, at 3 p.m.