Allan J. Cory SBN: 224289
Email: cory@sonic.net
LAW OFFICE OF ALLAN J. CORY
740 4th Street,
Santa Rosa, CA 95404
Office: 707-527-8810
Fax:    707-921-7375

Attorney for Plaintiff,
Joelle Kurrus

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOELLE KURRUS<br><br>　　　　　Plaintiff,<br><br>　　　　　vs.<br><br>JP MORGAN CHASE BANK, NATIONAL ASSOCIATION; AND DOES 1-25, inclusive.<br><br>　　　　　Defendants. | Case No: C09-5521 SI<br>Hon. Susan Illston<br><br>**STIPULATION AND PROPOSED ORDER RE DEADLINE FOR MEDIATION AND CONTINUED CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: October 22, 2009<br>Removed: November 20, 2009<br>Trial Date: None |

　　　Plaintiff, Joelle Kurrus (Kurrus), by and through lead counsel of record, and Defendant, JP Morgan Chase Bank, National Association (Chase) by and through counsel of record stipulate as follows:

　　　WHEREAS all parties have agreed that the opportunity to mediate this action may bring a result that promotes the need for no further court action;

//

WHEREAS previous attempts to mediate have been disrupted by the vacating of the then appointed mediator's involvement and by the relief and withdrawal of previous counsel of Kurrus;

WHEREAS Kurrus has now submitted to Chase some documentation necessary for review in order to evaluate a possible loan modification and, which if allowed and then agreed, may promote the need for no further court action;

WHEREAS all parties believe justice will be furthered and judicial resources conserved if the parties are allowed additional time to mediate and to then continue the Case Management Conference until after such additional time has been granted;

IT IS HEREBY STIPULATED, and the parties request that this Court order that the deadline for mediation be set as November 30, 2010 and that the presently scheduled Case Management Conference of October 12, 2010, be instead scheduled for December 3rd at 2:30 PM.

Respectfully submitted,

Dated: October 4, 2010          LAW OFFICE OF ALLAN J. CORY

By: */s/ Allan J. Cory*
Allan J. Cory, Counsel for Plaintiff,
Joelle Kurrus


Dated: October 4, 2010          ADORNO YOSS ALVARADO & SMITH

 */s/ Mikel A. Glavinovich*
Mikel A. Glavinovich
Attorneys for Defendant JPMorgan Chase, N.A.,
an acquirer of certain assets and liabilities of
Washington Mutual Bank from the FDIC acting
as receiver

STIPULATION AND PROPOSED ORDER RE MEDIATION DEADLINE & FURTHER CMC

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the deadline for mediation is November 30, 2010, and the Case Management Conference set for October 12, 2010, is hereby vacated and shall instead be scheduled for December ~~3rd, 2010, at 2:30 PM~~ 14, 2010, AT 10:00 A.M., or at such time as soon thereafter as may be heard by the Court.

**IT IS SO ORDERED.**

Dated_____        _____
                              Hon. Susan Illston
                              United States District Judge

\*\*END OF ORDER\*\*

—3—

STIPULATION AND PROPOSED ORDER RE MEDIATION DEADLINE & FURTHER CMC