Allan J. Cory SBN: 224289
Email: cory@sonic.net
LAW OFFICE OF ALLAN J. CORY
740 4th Street,
Santa Rosa, CA 95404
Office: 707-527-8810
Fax:    707-921-7375

Attorney for Plaintiff,
Joelle Kurrus

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOELLE KURRUS<br><br>Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE BANK, NATIONAL ASSOCIATION; AND DOES 1-25, inclusive.<br><br>Defendants. | Case No: C09-5521 SI<br>Hon. Susan Illston<br><br>**STIPULATION AND PROPOSED ORDER RE DEADLINE FOR MEDIATION AND CONTINUED CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: October 22, 2009<br>Removed: November 20, 2009<br>Trial Date: None |

Plaintiff, Joelle Kurrus (Kurrus), by and through lead counsel of record, and Defendant, JP Morgan Chase Bank, National Association (Chase) by and through counsel of record stipulate as follows:

WHEREAS all parties have agreed that the opportunity to mediate this action may bring a result that promotes the need for no further court action;

WHEREAS previous attempts to mediate have been disrupted by the vacating of the

then appointed mediator's involvement and by the relief and withdrawal of previous counsel of Kurrus;

      WHEREAS a mediation date acceptable to all parties has been set for January 10th, 20011 at 11:00 AM, and a readiness call for such mediation has been scheduled for December 13th, 2011 at 1:30PM;

      WHEREAS Kurrus is informed and believes that she has now submitted to Chase ALL of the documentation necessary for review in order to evaluate a possible loan modification and, which if allowed and then agreed, may promote the need for no further court action;

      WHEREAS all parties believe justice will be furthered and judicial resources conserved if the parties are allowed additional time to mediate and to then continue the Case Management Conference until after such additional time has been granted;

      IT IS HEREBY STIPULATED, and the parties request that this Court order that the deadline for mediation be set as January 31st, 2011 and that the presently scheduled Case Management Conference of December 14, 2010 at 3:00 PM, be instead scheduled for February 8th at 2:30 PM, or as soon thereafter as may be heard by the court.

                          Respectfully submitted,

Dated: November 22, 2010        LAW OFFICE OF ALLAN J. CORY

                                    By: */s/ Allan J. Cory*
                                    Allan J. Cory, Counsel for Plaintiff,
                                    Joelle Kurrus

Dated: November 22, 2010        ADORNO YOSS ALVARADO & SMITH

                                    By: */s/ Mikel A. Glavinovich*
                                    Mikel A. Glavinovich
                                    Attorneys for Defendant JPMorgan Chase, N.A..

STIPULATION AND PROPOSED ORDER RE MEDIATION DEADLINE & FURTHER CMC

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the deadline for for mediation is January 31st, 2011 and the Case Management Conference set for December 14, 2010, is hereby vacated and shall instead be scheduled for February ~~8th~~ 11 at 2:30 PM, or as soon thereafter as may be heard by the court.

**IT IS SO ORDERED.**

Dated_____        _____
                             Hon. Susan Illston

                             United States District Judge

**END OF ORDER**

—3—

STIPULATION AND PROPOSED ORDER RE MEDIATION DEADLINE & FURTHER CMC