UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOELLE KURRUS,<br><br>        Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and DOES 1-25, inclusive,<br><br>        Defendants. | Case No. C09-5521 SI<br>ASSIGNED: Hon. Susan Illston<br><br>**[PROPOSED] ORDER GRANTING JOINT REQUEST AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND MEDIATION DEADLINE**<br><br>*{SUBMITTED HEREWITH CONCURRENTLY WITH JOINT REQUEST AND STIPULATION}*<br><br>**Action Filed: October 22, 2009**<br>[Sonoma County Case SCV246120]<br>**Removed:           November 20, 2009** |

Pursuant to the stipulation of the parties and good cause appearing, the deadline for

for mediation is April 15, 2011, and the Case Management Conference set for February 11, 2011, at

///

///

///

///

///

2:30 P.M., is hereby vacated and instead shall be scheduled for April 22, 2011, 2:30 P.M., or as soon thereafter as may be heard by the Court.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Susan Illston
United States District Judge