# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOELLE KURRUS,<br><br>    Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and DOES 1-25, inclusive,<br><br>    Defendants. | Case No. C09-5521 SI<br>ASSIGNED:  Hon. Susan Illston<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT REQUEST AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND MEDIATION DEADLINE<br><br>*{SUBMITTED HEREWITH CONCURRENTLY WITH JOINT REQUEST AND STIPULATION}*<br><br>**Action Filed:  October 22, 2009**<br>[Sonoma County Case SCV246120]<br>**Removed:           November 20, 2009** |

Pursuant to the stipulation of the parties and good cause appearing, the deadline for mediation is July 31, 2011, and the Case Management Conference set for April 22, 2011, at

///

///

///

///

///

---

1

PROPOSED ORDER GRANTING JOINT STIP. & REQ. TO CONTINUE CMC & MEDIATION DEADLINE     C09-5521 SI
2071872.2

2:30 P.M. is hereby vacated and instead shall be scheduled for August 5, 2011, 2:30 P.M., or as soon thereafter as may be heard by the Court.

**IT IS SO ORDERED.**

Dated: 4/11/11

Hon. Susan Illston
United States District Judge