THEODORE E. BACON (CA Bar No. 115395)
tbacon@AlvaradoSmith.com
MIKEL A. GLAVINOVICH (CA Bar No. 186590)
mglavinovich@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation
633 W. Fifth Street, Suite 1100
Los Angeles, CA 90071
Tel.   (213) 229-2400
Fax.   (213) 229-2499

DAVID L. CHAVEZ (Ca Bar No. 117593)
dchavez@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation
350 Sansome Street, Suite 300
San Francisco, CA 94104
Tel.   (415) 624-8665
Fax.   (415) 391-1751

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., as an acquirer of certain
assets and liabilities of Washington Mutual Bank from the
Federal Deposit Insurance Corporation acting as Receiver

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOELLE KURRUS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and DOES 1-25, inclusive,<br><br>　　　　　Defendants. | Case No. C09-5521 SI<br>ASSIGNED: Hon. Susan Illston<br><br>**JOINT REQUEST AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND MEDIATION DEADLINE**<br><br>{PROPOSED ORDER SUBMITTED HEREWITH}<br><br>**Action Filed: October 22, 2009**<br>[Sonoma County Case SCV246120]<br>**Removed:**　　　　November 20, 2009 |

---

1
JOINT STIPULATION & REQUEST TO CONTINUE CMC AND MEDIATION DEADLINE　　　　C09-5521 SI
2082364.1

1   Mediation was initially held in this matter on January 10, 2011, before Judge Suzanne
2   Nusbaum. Plaintiff has completed a trial a loan modification, and Defendant has offered a final loan
3   modification proposal. Because the Plaintiff has not had an adequate amount of time to consider the
4   terms of the permanent loan modification, the parties have agreed that the matter should remain
5   under the Court's continued jurisdiction. With Judge Nussbaum's agreement and recommendation
6   the parties have scheduled a further mediation. Unfortunately, Judge Nussbaum's calendar is booked
7   until early September, so the parties have agreed to meet on September 15, 2011, which is beyond
8   the Court's deadline for the completion of the mediation in this matter. We expect that prior to that
9   date, a final loan modification proposal will have been negotiated and executed. The parties have
10  also agreed to a stay on discovery while they are working toward a final loan modification.
11  Furthermore, Defendant JPMorgan has agreed that it will not foreclose on the subject property until
12  at least thirty (30) days after the continued mediation date.
13  Thus, the parties jointly request that the current mediation deadline be continued to
14  September 15, 2011, and that the Case Management Conference be set at a time and date more
15  convenient for the Court. Judge Nusbaum agrees with and recommends this continuance.
16  WHEREAS all parties believe justice will be furthered and judicial resources conserved if
17  the parties are allowed additional time to mediate and to then continue the Case Management
18  Conference until after such additional time has been granted;
19
20  IT IS HEREBY STIPULATED, and the parties request, that this Court order the deadline
21  for mediation be set September 15, 2011, and that the presently scheduled Case Management
22  Conference of be scheduled for a date as soon thereafter as may be heard by the Court.

Respectfully submitted,

Dated: July 22, 2011          LAW OFFICE OF ALLAN J. CORY

                      By:   /s/ Allan Cory
                            Allan Cory
                            Counsel for Plaintiff Joelle Kurrus
                            {On 07/15/11, the above signatory agreed to the
                            filing of this joint document.}

1
2   Dated:  July 22, 2011                    ALVARADOSMITH
                                             A Professional Corporation
3
4                                    By:    /s/ Theodore E. Bacon
                                            Theodore E. Bacon
5                                           Attorneys for Defendant JPMorgan Chase, N.A., an
                                            acquirer of certain assets and liabilities of
6                                           Washington Mutual Bank from the FDIC acting as
                                            receiver
7
                                            The case management conference has been continued to
8                                           9/310/11

